CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tyler Joseph Paquin**<br>DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02697MJ |
| Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3 | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about December 5, 2025, in the District of Arizona, **Tyler Joseph Paquin**, knowing or in reckless disregard that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about December 5, 2025, in the District of Arizona, **Tyler Joseph Paquin**, knowing that certain illegal aliens had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 5, 2025, in the District of Arizona (Three Points), Border Patrol Agents (BPAs) were assigned to patrol duties on Federal Route 19 on the Tohono O'odham Nation south of Sells, Arizona. At approximately 6:10 p.m., BPAs observed Tohono O'odham Police Department (TOPD) engaged in a conversation with the occupants of a black 2015 Jeep Compass near the intersection of Spencer Road and Main Street. At the time, all vehicular traffic had to come to a stop at the intersection due to an event parade. BPAs approached the Compass and TOPD advised them that while speaking with the driver, identified as **Tyler Joseph Paquin**, they observed two individuals hiding in the backseat of the vehicle. BPAs then observed the two individuals dressed in camouflage clothing consistent with what is commonly worn by illegal aliens to avoid law enforcement detection while crossing through the Sonoran Desert. An immigration inspection was performed on the two individuals, identified as Alejandro Garcia-Hernandez and Jose Roman-Peztana, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Alejandro Garcia-Hernandez and Jose Roman-Peztana do not possess the proper documentation to enter, pass through, or remain in the United States legally. Further checks revealed that Alejandro Garcia-Hernandez was previously removed from the United States on June 27, 2025, and Jose Roman-Peztana was previously removed from the United States on August 15, 2025. **Paquin** and the front seat passenger were determined to be United States citizens.

**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Jeremy Sykes |
| Sworn by telephone  X | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 8, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Chamblee

**Continued from front page.**                                                                 25-02697MJ

After waiving his *Miranda* rights, **Tyler Joseph Paquin** stated that the front seat passenger was not involved in this event. He then stated that he was the driver of the vehicle and that everything is on his phone, and he knows that he is going to do time. He was contacted by an unknown individual on Snapchat and was offered $9,000 for the job but did not know how many illegal aliens he was supposed to pick up. **Paquin** used pin drop GPS locations that were provided to him to find the pickup location but had not yet received the drop-off location. When he arrived at the pickup location, he was instructed to honk twice to let the illegal aliens know to enter his vehicle.